# UNITED STATES BANKRUPTCY COURT

In Re: _____          Case No. _12 -4755_____
                RHODES, KARL                                        (if known)
                **Debtor**

                                          Chapter _____13_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ __70.25_____        Check one  ☒ With the filing of the petition, or
                                      ☐ On or before

    $ __70.25_____        on or before  _02/27/2012_____

    $ __70.25_____        on or before  _03/12/2012_____

    $ __70.25_____        on or before  _03/26/2012_____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _Karl D Rhodes_____  _02-10-2012_
Signature of Attorney         Date        Signature of Debtor          Date

_____          _____
Name of Attorney                          Signature of Joint Debtor      Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 1 0 2012

KENNETH S. GARDNER, CLERK
PS REP. - LW

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _Rhodes, Karl_____,
            Debtor

Case No. _12-4755_

Chapter _____13_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐   With the filing of the petition, or
                                           ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

FEB 1 0 2012

Date: _____

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_____
_United States Bankruptcy Judge_